# COMMONWEALTH COURT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| City of Lebanon v. Borough . . . . . | 2419CD15 | 10/06/2016 | Lebanon County 2012–01222 | Affirmed |
| Estate of Fillhart; Coyle, In re . . . | 2534CD15 | 10/12/2016 | Indiana County 32–93–0409 | Affirmed |
| Strickler, In re . . . . . . . . . . . . . . . . | 2651CD15 | 10/12/2016 | York County 6709–1553 | Affirmed |
| Randazzo v. The Philadelphia Zoning Board of Adjustment . . | 490CD16 | 10/12/2016 | Philadelphia County 150600320 | Affirmed |
| Fisher v. Zoning Hearing Board of the Borough of Columbia | 1080CD15 | 10/13/2016 | Lancaster County CI–13–02419 | Reversed in Part and Affirmed in Part |
| Robert Cabon/Cabon's Central Auto Service v. Comm. of PA | 147CD16 | 10/17/2016 | Allegheny County SA 243 of 2015 | Affirmed |
| Thomas v. Kane . . . . . . . . . . . . . . | 2236 CD 15, 2416 CD 15 | 10/17/2016 | Philadelphia County March Term, 2015 No. 01635 | Affirmed in Part, Reversed in Part and Remanded |
| Schneller v. Clerk of Courts of the First Judicial District of Pennsylvania . . . . . . . . . . . . . . . | 352CD16 | 10/18/2016 | Philadelphia County July Term, 2015, No. 02701 | Quashed |
| Comm. of PA v. Steinman . . . . . . | 134CD16 | 10/18/2016 | Philadelphia County MC–51–SU–0000402–1982 | Affirmed |
| Hoy v. Borough of Cochranton . . | 1005CD15 | 10/18/2016 | Crawford County 2013–630 | Affirmed |